1  MICHELE BECKWITH
   Acting United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.: 2:24-PO-0335-SCR

12                    Plaintiff,      MOTION TO DISMISS AND VACATE BENCH
                                      TRIAL; [PROPOSED] ORDER
13              v.

14 JOSEPH N. AMIRZADA,

15                    Defendant.

16

17        On September 25, 2024, the defendant, Joseph N. Amirzada, was issued a violation notice for 36

18 C.F.R. § 261.58(m) – Discharge of a Firearm.  On November 12, 2024, the defendant entered a not

19 guilty plea and set the case for trial on February 24, 2025.  ECF 3.

20        In exchange for the defendant entering into a deferred prosecution agreement, the government

21 hereby moves to dismiss this matter without prejudice and requests that the February 24, 2025 trial date

22 be vacated.

23  Dated:  February 20, 2025              MICHELE BECKWITH
                                           Acting United States Attorney
24

25                                   By: _____
                                           ALSTYN BENNETT
26                                         Assistant United States Attorney

27

28

MICHELE BECKWITH
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:24-PO-0335-SCR |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| JOSEPH N. AMIRZADA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the plaintiff United States of America's Motion to Dismiss Without Prejudice in the above-captioned matter is GRANTED.

It is further ordered that the court trial scheduled for February 24, 2025 is vacated.

Dated:   February 20, 2025

The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER